FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2026-0992
LT Case No. 2022-CF-000614-A
_____

JOSE MANUEL TROCHE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Jose Manuel Troche, Daytona Beach, pro se.

No Appearance for Respondent.

April 24, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 15, 2025, order denying Defendant's motion for postconviction relief rendered in Case No. 2022-CF-000614-A, in the Circuit Court in and for Hernando County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____